THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| LARRY D. WRIGHT and DEBORAH A. WRIGHT, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>VALOR HEALTHCARE, INC., a foreign corporation; and the UNITED STATES OF AMERICA, a sovereign nation,<br><br>Defendants. | NO. 2:16-cv-00417 RSL<br><br>~~(PROPOSED)~~<br>ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE IDENTITY OF PLAINTIFF UNDER FRCP 25(a)<br><br>DATE OF HEARING: February 17, 2017 |

THIS MATTER having come before the court pursuant to the plaintiff's motion under FRCP 25(a) to substitute Deborah A. Wright, in her capacity as personal representative of the estate of her deceased husband, Larry D. Wright, as the party plaintiff in this action, and the court having reviewed the plaintiff's motion, the declaration of plaintiff's counsel John R. Wilson, and the following responsive materials files by the defendants:

ORDER GRANTING PLAINTIFF'S
MOTION TO SUBSTITUTE IDENTITY OF
PLAINTIFF UNDER FRCP 25 - 1

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

and the court having reviewed the files and records herein and otherwise being fully advised, it is hereby

ORDERED that plaintiff's motion to substitute Deborah A. Wright in her capacity as personal representative of the estate of her deceased husband, Larry D. Wright, as the party plaintiff in this action, is GRANTED.

The new caption of the case shall be as follows:

DEBORAH A. WRIGHT, personal representative of the estate of LARRY D. WRIGHT,

    Plaintiff,

v.

VALOR HEALTHCARE, INC., a foreign corporation; and the UNITED STATES OF AMERICA, a sovereign nation,

    Defendants.

DATED this 22nd day of February, 2017.

_____
JUDGE ROBERT S. LASNIK

ORDER GRANTING PLAINTIFF'S
MOTION TO SUBSTITUTE IDENTITY OF
PLAINTIFF UNDER FRCP 25 - 2

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

Presented by:

By: /s/ Vernon W. Harkins
     Vernon W. Harkins, WSBA #6689
     Attorneys for Plaintiff
     Rush, Hannula, Harkins & Kyler, L.L.P.
     4701 South 19th St. Suite 300
     Tacoma, WA 98405
     (253) 383-5388
     (252) 272-5105 (fax)
     vharkins@rhhk.com

By: /s/ John R. Wilson
     John R. Wilson, WSBA #24501
     Attorneys for Plaintiff
     Rush, Hannula, Harkins & Kyler, L.L.P.
     4701 South 19th St. Suite 300
     Tacoma, WA 98405
     (253) 383-5388
     (252) 272-5105 (fax)
     jwilson@rhhk.com

---

ORDER GRANTING PLAINTIFF'S
MOTION TO SUBSTITUTE IDENTITY OF
PLAINTIFF UNDER FRCP 25 - 3

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105