UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY D. WRIGHT and DEBORAH A. WRIGHT, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>VALOR HEALTHCARE, INC., a foreign corporation; and the UNITED STATES OF AMERICA, a sovereign nation,<br><br>Defendants. | CASE NO.  16-417-RSL<br><br>ORDER |

The parties having so stipulated and agreed, it is hereby SO ORDERED.  The parties' deadline to submit their respective Expert Witness Disclosure Reports is now June 3, 2017 and the deadline to complete discovery is July 3, 2017.

DATED this 28th day of March, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970