District Court Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH H. WRIGHT, Personal Representative of the Estate of LARRY D. WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>VALOR HEALTHCARE, INC., *et al.*,<br><br>Defendants. | Case No. 16-00417 RSL<br><br>STIPULATED MOTION FOR ORDER EXTENDING DISCOVERY DEADLINE<br><br>**Noted on motion calendar: June 15, 2017.** |

## **JOINT STIPULATION**

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE, to an extension of the July 3, 2017 discovery deadline until July 28, 2017, for the limited purpose of deposing Dr. Elias Benitez, MD, the United States' Fed. R. Civ. P. 30(b)(6) witness[1] and various expert witnesses identified by the parties. Good cause exists because the purpose for the extension is to complete the remaining depositions in the case and to accommodate the varying schedules of counsel and witnesses. The brief extension will not affect the current trial date of October 2, 2017, or require any adjustment to the remaining case scheduling deadlines.

---

[1] The deposition of the United States' witness pertains to Notices of Deposition dated May 25, 2017 and June 15, 2017 directed to the United States pursuant to Fed. R. Civ. P. 30(b)(6).

STIPULATED MOTION FOR ORDER EXTENDING DISCOVERY
DEADLINE (Case No. 16-00417 RSL) - 1 of 2

Dated this 15th day of June, 2017.

ANNETTE L. HAYES
United States Attorney

　/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA No. 28533
SARAH K. MOREHEAD, WSBA No. 29680
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov
Email: priscilla.chan@usdoj.gov

Attorneys for the United States of America

　/s/ Vernon W. Harkins
VERNON W. HARKINS, WSBA No. 6689
JOHN R. WILSON, WSBA No. 24501
Rush, Hannula, Harkins & Kyler, LLP
Attorneys at Law
4701 South 19th Street, Suite 300
Tacoma, Washington 98405
Phone: 253-383-5388
Email: vharkins@rhhk.com
Email: jwilson@rhhk.com

Attorneys for Plaintiff

　/s/　Edward J. Hynes
PHILIP J. VANDERHOEF, WSBA No. 14564
EDWARD J. HYNES, WSBA No. 47777
Fain Anderson Vanderhoef Rosendahl
O'Halloran Spillane PLLC
701 – 5th Avenue, Suite 4750
Seattle, Washington 98104
Phone: 206-759-0094
Email: phil@favros.com
Email: edward@favros.com

Attorneys for Defendant Valor Healthcare, Inc.

### ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 20th day of June, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge