UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH A. WRIGHT,

    Plaintiff,

  v.

VALOR HEALTHCARE, INC., a foreign corporation; and the UNITED STATES OF AMERICA, a sovereign nation,

    Defendants.

Case No. C16-417RSL

ORDER GRANTING DEFENDANT VALOR HEALTHCARE, INC.'S UNOPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT

      This matter comes before the Court on "Defendant Valor Healthcare, Inc.'s Motion for Partial Summary Judgment." Dkt. # 51. Plaintiff has not opposed defendant's motion, Dkt. # 54, ¶ 2, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the record in this matter and finds that plaintiff has failed to produce testimony from a competent medical expert supporting a breach of the standard of care by Valor Healthcare, Inc. at any time after May 31, 2015. See RCW 7.70.040(1); Keck v. Collins, 184 Wn.2d 358, 370 (2015). Defendant's motion for partial summary judgment is therefore GRANTED, and plaintiff's claims against Valor Healthcare, Inc. for healthcare provided after May 31, 2015, are hereby DISMISSED.

ORDER GRANTING DEFENDANT VALOR
HEALTHCARE, INC.'S UNOPPOSED MOTION
FOR SUMMARY JUDGMENT - 1

1    Dated this 25th day of July, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

26   ORDER GRANTING DEFENDANT VALOR
HEALTHCARE, INC.'S UNOPPOSED MOTION
FOR SUMMARY JUDGMENT - 2