UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH A. WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>VALOR HEALTHCARE, INC., a foreign corporation; and the UNITED STATES OF AMERICA, a sovereign nation,<br><br>    Defendants. | Case No. C16-417RSL<br><br>ORDER RENOTING UNITED STATES' MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court *sua sponte*. In April 2017, defendant the United States of America moved for summary judgment. Dkt. # 39. In her response, plaintiff Deborah Wright requested that the Court continue the United States' motion for summary judgment until July 14, 2017, to allow the parties time to complete discovery. Dkt. # 43. The United States opposed this request on the grounds that plaintiff had not been diligent in her discovery efforts thus far. Dkt. # 46.

On June 15, 2017, the parties stipulated to an extension of the discovery deadline until July 28, 2017, for the limited purpose of conducting various depositions. Dkt. # 49. The Court granted that motion on June 20, 2017. Dkt. # 50.

On July 27, 2017, plaintiff filed a supplemental response to the United States' motion for

ORDER RENOTING UNITED STATES'
MOTION FOR SUMMARY JUDGMENT - 1

1  summary judgment and attached multiple additional declarations and exhibits in support of her
2  opposition.  Dkt. ## 56, 57, 58, 59, 60, 61, 62, 63, 64.

4        To allow the United States an opportunity to reply to this supplemental response and new
5  evidence, the Clerk of Court is directed to renote the United States' motion for summary
6  judgment for Friday, August 4, 2017.  The United States may file its supplemental reply on or
7  before that date.

9        Dated this 28th day of July, 2017.

                                                */s/ Robert S. Lasnik*
                                    Robert S. Lasnik
                                    United States District Judge

ORDER RENOTING UNITED STATES'
MOTION FOR SUMMARY JUDGMENT - 2