The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEBORAH A. WRIGHT, personal representative of the estate of LARRY D. WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>VALOR HEALTHCARE, INC., a foreign corporation; and the UNITED STATES OF AMERICA, a sovereign nation,<br><br>Defendants. | CASE NO. 16-417-RSL<br><br>STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS UNITED STATES AND VALOR HEALTHCARE, INC.<br><br>Note on Motion Calendar:<br>October 26, 2017 |

## JOINT STIPULATION

Plaintiff and defendants United States and Valor Healthcare, Inc. hereby stipulate and agree that plaintiff's claims against the United States and Valor Healthcare, Inc. are resolved and may be dismissed with prejudice and without an award of costs or fees to either party.

//

//

//

//

Stipulation
16-417-RSL- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 26th day of October, 2017.

2

3                                                                            ANNETTE L. HAYES
                                                                             United States Attorney

4

5  s/ Vernon W. Harkins                                                      s/ Sarah K. Morehead
   VERNON W. HARKINS, WSBA #6689                                             SARAH K. MOREHEAD, WSBA No. 29680
6  JOHN R. WILSON, WSBA #24501                                               PRISCILLA T. CHAN, WSBA #28533
7  RUSH, HANNULA, HARKINS & KYLER,                                           Assistant United States Attorneys
   LLP                                                                       Western District of Washington
8  4701 S. 19th St., Ste. 300                                                United States Attorney's Office
9  Tacoma, Washington 98405                                                  700 Stewart Street, Suite 5220
   PH:  253-383-5388                                                         Seattle, Washington 98101-1271
10 Email:  vharkins@rhhk.com                                                 Phone:  206-553-7970
   Email:  jwilson@rhhk.com                                                  Email:  sarah.morehead@usdoj.gov
11                                                                           Email:  priscilla.chan@usdoj.gov

12
   Attorney for Plaintiff                                                    Attorneys for Defendant United States
13

14
   s/ Philip J. VanDerhoef
15 PHILIP J. VANDERHOEF, WSBA #14564
   EDWARD J. HYNES, WSBA #47777
16 Fain Anderson VanDerhoef
17 701 Fifth Ave.  Suite 4650
   Seattle, WA 98104
18 Ph:  206-749-0094
   Email:  phil@favros.com
19 Email:  edward@favros.com

20
   Attorneys for Valor Healthcare, Inc.
21
22 //

23 //

24 //

25 //

26
27 //

28 //

Stipulation
16-417-RSL- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

Plaintiff and defendants United States and Valor Healthcare, Inc. having so stipulated and agreed, it is hereby SO ORDERED. Plaintiff's claims against all defendants are dismissed with prejudice in their entirety without an award of fees or costs to either party.

DATED this 7th day of November, 2017.

_____
ROBERT S. LASNIK
United States District Court Judge

Stipulation
16-417-RSL- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970